IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS ZIELINSKI and EDWARD ZIELINSKI, | : | No. 3:25cv748 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Camoni) |
| DONALD SCARFO, et al. | : | |
| Defendants | : | |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Sean A. Camoni in this civil rights action filed by pro se Plaintiffs Louis and Edward Zielinski. (Doc. 17). The R&R recommends that the court: (1) dismiss Louis Zielinski for failure to update his address; (2) dismiss Judge Richard White from the action based upon principles of judicial immunity; and (3) stay the case against the remaining defendants, pending the resolution of the plaintiffs' state criminal proceedings under the Younger doctrine. No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the

recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court thus finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety. The court will add a caveat requiring Plaintiff Edward Zielinski to file a status report every 45 days with respect to the pending criminal prosecution. It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 17), is **ADOPTED** in its entirety;

2) Plaintiff Louis Zielinski is **DISMISSED** from this action without prejudice for failure to maintain a current address;

3) Defendant Richard White is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii);

4) This matter is **STAYED** pending the resolution of the state criminal prosecution against Plaintiff Edward Zielinski;

5) Plaintiff Edward Zielinski shall file a status report every 120 days with respect to the state criminal prosecution; and

6) The Clerk of Court is directed to administratively close this case.

Date: ___7·20·26___

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court